1050

WILLIS E. STUBBS, *Appellant*, v. IRENE V. STUBBS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D–56147, Janice Niemi, J., entered March 5, 1976. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GERRARD M. WOODLIEF, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 74946, Donald J. Horowitz, J., entered March 5, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Callow, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 75967, Edward E. Henry, J., entered April 30, 1976. *Dismissed* by unpublished per curiam opinion.